UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.16-62014-CIV-DIMITROULEAS

STEPHEN KOCHAKIAN,

    Plaintiff,

vs.

P.G. SECURITY d/b/a
PLATINUM GROUP SECURITY,
a Florida corporation,

    Defendants.
_____/

# ORDER APPROVING SETTLEMENT AGREEMENT;
# DISMISSING CASE WITH PREJUDICE

THIS CAUSE is before the Court upon the Joint Motion for Approval of Settlement and Dismissal with Prejudice [DE 55], filed herein on May 8, 2017.  The Court has carefully considered the Motion and the attached Settlement Agreement [DE 55-1] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1.     The Joint Motion to Approve Settlement [DE 55] is **GRANTED**;

2.     The parties' Settlement Agreement is hereby **APPROVED**;

3.     This case is **DISMISSED** with prejudice;

4. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** all pending motions.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Broward County, Florida, this 8th day of May, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record